UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUSIEN, | Case No. 2:24-cv-00055-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| CHUCK ROSENBURG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 2, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 20, are adopted in full;

2. Plaintiff's applications to proceed in forma pauperis, ECF Nos. 8 & 12, are denied;

3. Plaintiff shall pay the $405.00 filing fee within thirty days from the date of service of this order.

Dated: June 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE