UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>CHUCK ROSENBURG, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00055-WBS-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S REQUESTS TO ALLOW PAYMENT<br><br>ECF Nos. 24, 25, & 26 |

On June 5, 2024, the district judge adopted my findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied. ECF No. 23.  Plaintiff was ordered to tender the filing fee within thirty days. *Id.*  Instead, he has filed three requests to allow payments from his trust account. ECF Nos. 24, 25, & 26.  These motions are insufficient to discharge his obligation to pay the filing fee.  Crucially, plaintiff has acknowledged that he does not have the fees to tender the entire payment.  ECF No. 26 at 1.  He appears to be asking that fees be deducted as his funds allow.  *Id.*  But this is effectively a request to proceed *in forma pauperis*, the very thing he was denied due to his status as a three-striker.  This court does not have the discretion to ignore his strikes and allow him to proceed *in forma pauperis*.  *See Benavidez v. Xi Jinping, President of China*, No. CV 20-00799 KG/LF, 2021 WL 616838, at *1

1

(D.N.M. Feb. 17, 2021) ("[T]he Court does not have discretion to allow a prisoner who has accrued three strikes to proceed without paying the filing fee.") (citing 28 U.S.C. § 1915(g)). And, based on his previously filed application to proceed *in forma pauperis*, it appears that plaintiff could not pay even a meaningful portion of the filing fee.  ECF No. 8 at 2 (noting that plaintiff has a balance of zero on his account).

      Out of an abundance of caution, I will allow plaintiff an additional twenty-one days to tender the entire filing fee.  If he fails to do so, this action should be dismissed.

      Accordingly, it is ORDERED that:

1. Plaintiff's requests to allow payments and deductions, ECF Nos. 24, 25, & 26 are DENIED.

2. Within twenty-one days of this order, plaintiff must tender the entire filing fee as directed by the district judge's order.  If he fails to do so, this action should be dismissed.

IT IS SO ORDERED.

Dated:   July 22, 2024

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2