UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUSIEN, | Case No.  2:24-cv-00055-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| CHUCK ROSENBURG, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 5, 2024, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g).  ECF No. 23.  Plaintiff was granted thirty days in which to pay the $405.00 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action.  *Id*.  Plaintiff has not paid the filing fee, and the allotted time has passed.

      Accordingly, it is hereby ORDERED that:

    1. This action is dismissed without prejudice for failure to pay the filing fee;

    2. Plaintiff's pending motions, ECF Nos. 2, 9, 13, 14, 16, 21, 24, 25, & 26, are denied as moot; and

1

1    3. The Clerk of Court is directed to close the case.

Dated: August 16, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE